

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2015

No. 04-14-00772-CR

Jonathan Jose **GUILLEN,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2647
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

Appellant's motion to exceed the word count limit is granted.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court